UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DIANE CARLONI, AND
MICHAEL CARLONI,

                Plaintiff,

- against-                         Civil Action No. 07-CV-00320

BUREAU OF COLLECTION RECOVERY, INC.
                Defendant.

---

### STIPULATION OF DISCONTINUANCE

**IT HEREBY IS STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same herby is discontinued with prejudice.

Dated: 6/8/09

_____
Amanda Jordan, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, NY 14226
(716) 564-3288

Dated: 5/29/69

_____
Michael Del Valle, Esq.
Sessions, Fishman, Nathan & Israel
of New York, LLC
*Attorneys for Defendant*
130 John Muir Drive, Suite 106
Amherst, NY 14228
(716) 625-7492